**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JASON MILISITS,                    :    No. 50 MM 2016
                                   :
               Petitioner          :
                                   :
                                   :
                                   :
          v.                       :
                                   :
                                   :
                                   :
BOARD OF PROBATION AND PAROLE,     :
                                   :
          Respondent               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for Appointment of Counsel are **DENIED**.